COE, The MARY. See Case No. 9,204.

## Case No. 2,943a.

### COELLE v. LOEKHEAD et al.

[Hempst. 194.] [1]

Superior Court, D. Arkansas. July, 1832.

AMENDMENT OF JUDGMENT.

Amendment made by adding the name of another person, four years after the rendition of judgment.

[At law. Action by John H. Coelle against Thomas D. Loekhead and James McFarland.]

Motion to amend a judgment.

Before JOHNSON and CROSS, Judges.

This day, the court, being sufficiently advised of the motion of the defendants in error to correct and amend the judgment rendered in this case at the April term of this court, 1828, it appearing that the said judgment should have been affirmed in the names of Thomas D. Loekhead and James McFarland, partners, under the name of Thomas D. Loekhead & Co., instead of in the name of Thomas D. Loekhead alone, sustained the motion, and ordered this amendment to be made nunc pro tunc.